BENESCH *v.* HANCOCK MUT. LIFE INS. CO.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Argued before ALLEN, P. J., and BOOKSTAVER, J.
No opinion. Motion for reargument granted.

---

BROWN, Appellant, *v.* LOWE, Respondent.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Appeal from eighth district court.
Argued before ALLEN, P. J., and BOOKSTAVER, J.
*S. Oppenheim,* for appellant. *S. H. Stuart,* for respondent.
No opinion. Judgment affirmed, with costs.

---

CHENOWSKY, Respondent, *v.* VOLPIN, Appellant.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Appeal from fifth district court.
Argued before ALLEN, P. J., and BOOKSTAVER, J.
*Ullo & Ruebsamen,* for appellant. *J. Manheim,* for respondent.
No opinion. Judgment affirmed, with costs.

---

KOHN, Appellant, *v.* REISS, Respondent.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Appeal from fourth district court.
Argued before ALLEN, P. J., and BOOKSTAVER, J.
*A. S. Rosenthal,* for appellant. *M. Esberg,* for respondent.
No opinion. Judgment affirmed, with costs.

---

LEVY, Appellant, *v.* KOHN, Respondent.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Appeal from seventh district court.
Argued before ALLEN, P. J., and BOOKSTAVER, J.
*Fromme Bros.,* for appellant. *C. Cohen,* for respondent.
No opinion. Judgment reversed, with costs to plaintiff (appellant) to abide the event. Order of interpleader vacated, and proceedings remitted to district court.

---

MAEHADO, Respondent, *v.* BRADFORD, Appellant.

(*Common Pleas of New York City and County, General Term.* June 26, 1890.)

Appeal from eleventh district court.
Argued before ALLEN and BOOKSTAVER, JJ.
*S. Baker,* for appellant. *A. Lamont,* for respondent.
No opinion. Judgment affirmed, with costs.